# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

===================
## NO. 03-06-00101-CV
===================

**In re Level 3 Communications, Inc. and Level 3 Communications, LLC**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators Level 3 Communications, Inc., and Level 3 Communications, LLC, filed this petition for writ of mandamus. We deny the petition for writ of mandamus.

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed: March 20, 2006